WALTER PRATT, Respondent, v. ROBERT J. VICKERS, JR., and Another, Appel-

lants.— Order reversed on the law and facts, with ten dollars costs and disburse., ments, and motion denied, w.th ten dollars costs. Deposition ordered to be taken before Edward L. Ryan, at the place specified in the notice, at eleven o'clock in the forenoon, on April 23, 1928, and on any day thereafter to which the matter may be adjourned. Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.